CHRISTOPHER J. HICKS
Washoe County District Attorney
KEITH G. MUNRO
Deputy District Attorney
Nevada State Bar Number 5074
One South Sierra Street
Reno, NV 89501
kmunro@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAKE RYAN TORLONE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUCK ALLEN, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00165-MMD-WGC<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

Jake Ryan Torlone, appearing on his own behalf and Washoe County, through counsel, Deputy District Attorney, Keith G. Munro, pursuant to a settlement agreement of the parties, stipulate that this matter shall be dismissed with Prejudice.

DATED: 10 Sept, 2019.                              DATED: 10 Sept, 2019.

CHRISTOPHER J. HICKS                               JAKE RYAN TORLONE
Washoe County District Attorney                    Plaintiff

By: /s/ Keith G. Munro                             By: /s/ Jake Torlone
KEITH G. MUNRO, ESQ.                               JAKE RYAN TORLONE
Deputy District Attorney                           3502 Mashie Dr.
One South Sierra Street                            Sparks, NV 89431
Reno, Nevada 89501
(775) 337-5700

ATTORNEY FOR WASHOE COUNTY                         PLAINTIFF

IT IS SO ORDERED.

Dated: September 16, 2019

_____
U.S. District Judge

-1-